**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Barbara Patterson,            )<br>                              )<br>          Plaintiff,          )<br>                              )<br>     vs.                      )<br>                              )<br> Matthew Shaw, et al.,         )<br>                              )<br>          Defendants.         )<br>_____) | No. CV-07-1476-PHX-PGR<br><br>SCHEDULING ORDER |

    A Scheduling Conference having been held before this Court on January 7, 2008,

    IT IS ORDERED that:

    (1)  Defendants LPN Maroni and Deputy Warden Johnny Tucker are dismissed from this action without prejudice pursuant to Fed.R.Civ.P. 4(m).

    (2)  Motions pursuant to Fed.R.Civ.P. 12(b), motions to amend pleadings, and motions to join additional parties shall be filed no later than **April 18, 2008.**[1]

---

[1] In order to conserve scarce judicial resources, the parties are directed to promptly inform the Court if they are involved in negotiations which they reasonably believe may make the resolution of <u>any pending motion</u> unnecessary.
    Counsel are advised that the Chambers' e-mail box, established pursuant to the Court's CM/ECF rules, is to be used solely for the purpose of sending proposed orders to the Court, **and is NOT to be used as a means of communicating with Chambers' staff.**

1         (3) Defendant Gutierrez shall serve his supplemental initial
2    disclosure pursuant to Fed.R.Civ.P. 26(a)(1), and file with the
3    Court a notice of such service, no later than **February 15, 2008**.
4    The plaintiff shall disclose her expert witnesses, if any, and
5    their reports in compliance with Fed.R.Civ.P. 26(a)(2)(B) no
6    later than **May 23, 2008**. The defendants shall disclose their
7    expert witnesses, if any, and their reports in compliance with
8    Fed.R.Civ.P. 26(a)(2)(B) no later than **July 7, 2008**. Rebuttal
9    experts and their reports, if any, shall be disclosed no later
10   than **July 28, 2008**. Expert witness depositions shall be completed
11   by **September 26, 2008**.
12        (4)  All discovery, including answers to interroga-tories,
13   shall be completed by **September 26, 2008**, and supplemental
14   disclosures and discovery responses shall thereafter be made as
15   required by Fed.R.Civ.P. 26(e).  Discovery which cannot be timely
16   responded to prior to the discovery deadline will be met with
17   disfavor, and could result in denial of an extension, exclusion
18   of evidence, or the imposition of other sanctions.  Parties are
19   directed to LRCiv 7.2(j), which prohibits filing discovery
20   motions unless the parties have first met to resolve any
21   discovery difficulties.  If parties cannot reach a resolution of
22   discovery disputes arising during depositions, they are directed
23   to arrange a conference call with the Court to resolve the
24   disputes.
25        (5) All dispositive motions shall be filed by **October 31,**
26   **2008**.
27        (6) A Joint Pretrial Statement shall be filed by **November**
28   **28, 2008**.  If dispositive motions are filed, then this Joint
     Pretrial Statement shall be due either on the above date or 30

days following the resolution of the motions, whichever is later. The content of the Joint Pretrial Statement shall include, but not be limited to, that prescribed in a standard form of Joint Pretrial Statement provided to the parties.  The parties shall augment the Joint Pretrial Statement as necessary so it contains all of the pretrial disclosures as defined and required by Fed.R.Civ.P. 26(a)(3).  It shall be the responsibility of the plaintiff to timely initiate the process of drafting the Joint Pretrial Statement and the plaintiff shall submit her draft of the Joint Pretrial Statement to the defendants no later than <u>ten business days</u> prior to the date for filing the Joint Pretrial Statement.

(7)  Motions in limine shall be filed no later than the date of filing of the Joint Pretrial Statement.  Responses to motions in limine are due ten business days after service.  No replies are permitted.  The hearing on the motions in limine, if one is permitted by the Court, will take place at the time of the Pretrial Conference.  <u>No motion in limine shall be filed unless a statement of moving counsel is attached thereto certifying that after personal consultation and sincere efforts to do so, counsel have been unable to satisfactorily resolve the matter</u>.

(8)  The attorneys for each party who will be responsible for trial of the lawsuit, or the parties if <u>pro per</u>, shall appear and participate in a Pretrial Conference on **Monday, January 5, 2009, at 3:00 p.m.,** in Courtroom 601.  Because Pretrial Conferences are held for the parties' benefit, and further because the parties' presence will facilitate frank discussion of the pertinent issues in the lawsuit, each party or a representative with binding settlement authority shall attend the

1 Pretrial Conference.  If dispositive motions are filed, the Court
2 will continue the date of the Pretrial Conference, if one is
3 still necessary, until after the resolution of such motions and
4 the filing of a Joint Pretrial Statement.

5     (9) Unless otherwise subsequently ordered by the Court, the
6 parties' trial briefs, proposed findings of fact and conclusions
7 of law or proposed jury instructions and voir dire questions
8 shall be filed no later than **January 16, 2009**.

9     (10) Unless otherwise subsequently ordered by the Court, the
10 trial of this action shall commence on **Tuesday, January 27, 2009,**
11 **at 9:00 a.m.,** in Courtroom 601.

12     (11) **The parties are cautioned that the deadlines set in**
13 **this Scheduling Order shall be enforced, and that the Court will**
14 **not entertain any stipulations to continue them - any request to**
15 **extend any of the deadlines set herein must be made by means of a**
16 **motion, joint or otherwise, and no such motion shall be granted**
17 **unless very good cause is**
18 **shown.**

19     DATED this 15th day of January, 2008.

_____
Paul G. Rosenblatt
United States District Judge