**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barbara Patterson,<br><br>    Plaintiff,<br>v.<br><br>Matthew Shaw, Dora Schriro, et al.,<br><br>    Defendants. | No. CV 07-1476-PHX-PGR<br><br>**ORDER** |

Currently before the Court is Plaintiff's Unopposed Stipulation for Extension of Time for Plaintiff to Respond to Defendants' three Motions for Summary Judgment and Two Statements of Fact (Doc. 82), extending the current deadline of December 15, 2008 to and including December 29, 2008, and Defendants' Reply deadline extending to January 30 2009. Good cause appearing,

IT IS HEREBY ORDERED that the Plaintiff shall file her Responses to the Defendants' Motions for Summary Judgment and related Statements of Fact no later than **December 29, 2008.**

IT IS FURTHER ORDERED that Defendants shall file their Reply briefs and related Statements of Fact no later than **January 30, 2009.**

DATED this 17th day of December, 2008.

Paul G. Rosenblatt
United States District Judge