**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Barbara Patterson,       )<br>             Plaintiff,       )<br>v.                              )<br>Matthew Shaw, et al.,   )<br>             Defendants.  )<br>_____ ) | No. CV 07-1476-PHX-PGR<br><br>**ORDER** |

Currently before the Court is Defendants'[1] Motion for Leave to File Corrected Reply in Support of Motion for Summary Judgment (doc. #99). Defendants discovered that a version, other than the final, was mistakenly filed in lieu of the final version. Plaintiff's counsel has no objection to the substitution. Good cause appearing,

IT IS HEREBY ORDERED GRANTING the Motion (doc. #99).

IT IS FURTHER ORDERED that the Clerk of Court shall file Defendants' Lodged Proposed Amended Reply (doc. #100).

DATED this 12th day of May, 2009.

Paul G. Rosenblatt
United States District Judge

---

[1] Defendants Shaw, Lechuga, Carlson, and McClaine.