**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barbara Patterson, et al. ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Matthew Shaw, Dora Schriro, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | No. CV 07-1476-PHX-PGR <br><br> **ORDER** |

Currently before the Court is Defendants' Motion for Clarification and or Motion for Entry of Judgment in their Favor. (Doc. 114.)

On September 22, 2009, the Court entered an order which included a footnote on page two that listed the remaining defendants in the case. Neither Bryant Milwee nor Betty Esterline were included in the list of remaining defendants, as the claims against both of them were voluntarily dismissed by Plaintiff on December 30, 2008. See Doc. 88 (Plaintiff has voluntarily withdrawn the claims against Defendants Esterline and Milwee.) However, as a matter of clarification,

IT IS HEREBY ORDERED that summary judgment is entered in favor of Betty Esterline and Bryant Milwee. (Doc. 114.)

DATED this 28th day of September, 2009.

Paul G. Rosenblatt
United States District Judge