**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barbara Patterson,<br><br>    Plaintiff,<br>v.<br><br>Dora Schriro, et al.,<br><br>    Defendants. | No. CV 07-1476-PHX-PGR<br><br>**ORDER** |

Having granted summary judgment in favor of Jesus Gutierrez, Matthew Shaw, Ronald Carlson, Gavino Lechuga, John McClaine, Jeanie Cooper, Dora Schriro, Betty Esterline, and Bryant Milwee,

IT IS HEREBY ORDERED that final judgment be entered in this case.

IT IS FURTHER ORDERED that the Clerk of Court shall close this case.

IT IS FURTHER ORDERED that Defendants' Joint Fed. R. Civ. P. 58 Motion for Final Judgment is hereby Denied as Moot. (Doc. 116.)

DATED this 2nd day of November, 2009.

Paul G. Rosenblatt
United States District Judge